IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| RONALD BONETTE, MAURICE CLEMENTI, MITCHELL LEE and FRANKLIN MOORE )<br><br>Plaintiffs, )<br><br>vs. )<br><br>EXCEED LANDSCAPE SOLUTIONS, INC. )<br><br>Defendant. ) | No.: 3:14-cv-4773-JFA<br><br>**ORDER** |

This matter is before the court on the Parties Joint Motion to Approve Settlement. The matter predominantly involves claims by the Plaintiffs for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* (FLSA). Under that Act, settlement of FLSA claims are subject to approval by the court. *See, e.g., Taylor v. Progress Energy, Inc.,* 493 F.3d 454, 460 (4th Cir.2007).

The parties represented to the court that Plaintiffs entitlement to overtime was contested. The Defendant asserted that the FLSA did not apply to it and, in any event, the Plaintiffs were exempt from the FLSA overtime provisions. Although the parties did not engage in formal discovery, the Defendant provided the Plaintiffs with records showing hours worked during the terms of their employment. Plaintiffs' counsel represented that she consulted with each Plaintiff and each agreed to a compromise of their claims. The settlement calls for a one third contingency to be paid to Plaintiffs' counsel.

The court finds the settlement to be a reasonable compromise of claims and approves it.

IT IS SO ORDERED.

July 20, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge